TOWN OF OYSTER BAY, Respondent, v. STEHLI, Appellant. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by the Town of Oyster Bay against Emil J. Stehli. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 132 N. Y. Supp. 1149.

TOWN OF PELHAM, Appellant, v. SHINN, Respondent. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by the Town of Pelham against John M. Shinn. No opinion. Motion denied, without costs. See, also, 131 N. Y. Supp. 1147; infra.

TOWN OF PELHAM, Appellant, v. SHINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by the Town of Pelham against John M. Shinn.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 131 N. Y. Supp. 1147; supra.
BURR, J., not voting.

In re TRACY. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Rollin Tracy. No opinion. Motion granted. Settle order on notice. See, also, 131 N. Y. Supp. 1147.

TREFTS, Respondent, v. BUFFALO FERTILIZER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by George M. Trefts against the Buffalo Fertilizer Company. No opinion. Judgment and order affirmed, with costs.

TROUZZO, Respondent, v. SUTHERLAND, Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Francesco Trouzzo against Leslie Sutherland, as receiver of the Yonkers Railroad Company. No opinion. Judgment and order affirmed by default, with costs.

TRUESDELL, Appellant, v. BOURKE, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by John W. Truesdell, as administrator, etc., against Hannie L. Bourke. No opinion. Judgment affirmed, with costs. See, also, 131 N. Y. Supp. 1147.

TRUST CO. OF AMERICA v. GARRISON et al. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by the Trust Company of America against Constance C. Garrison and Conde Nast, as trustee, impleaded with Sophie Marchais La Grave and others. No opinion. Order affirmed, with $10 costs and disbursements.

TRUSTEES, ETC., OF TOWN OF BROOKHAVEN, Respondents, v. PORT JEFFERSON MILLING CO., Appellant. (Supreme Court, Appellate, Division, Second Department. March 8, 1912.) Action by the Trustees, etc., of the Town of Brookhaven against the Port Jefferson Milling Company. No opinion. Judgment affirmed, with costs.

TULLOCK, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by George L. Tullock against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. For former opinion, see 132 N. Y. Supp. 88.

TURNER, Appellant, v. BOUBOLIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Sarah J. Turner against Nicholas Boubolis and others. No opinion. Interlocutory judgment affirmed, with costs.

TYNDALL v. PINELAWN CEMETERY. (Supreme Court, Appellate Division, First Department. February 9, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery. No opinion. Motion granted. Order filed. See, also, 135 App. Div. 924, 122 N. Y. Supp. 1151; infra.

TYNDALL v. PINELAWN CEMETERY et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery and others. No opinion. Motion granted, as stated in order. Order filed. See, also, supra. ·

TYNDALL v. PINELAWN CEMETERY et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by William D. Tyndall against the Pinelawn Cemetery and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, supra.

In re UNION BANK OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. November 21, 1911.) In the matter of the examination of Union Bank of Brooklyn. Appeal No. 1.
PER CURIAM. Reargument ordered, and cases set down for Friday, November 24, 1911, as Jenks, P. J., will not take part in the decision. See, also, 133 N. Y. Supp. 62.
JENKS, P. J., not voting.

In re UNION BANK OF BROOKLYN. (Supreme Court, Appellate Division, Second Department. December 8, 1911.) In the matter of the examination of Union Bank of Brooklyn.